IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-mj-01014

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRICE E. HANNS,

    Defendant.

---

## ORDER DISMISSING COMPLAINT

---

Upon the motion of the United States of America and for good cause shown, it is

*ORDERED* that the defendant in the above-captioned case is hereby dismissed.

DATED this 11th day of May, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO